Nov. 21, 2015

Twelfth Court of Appeals

REC'D IN COURT OF APPEALS
12th Court of Appeals District
NOV 30 2015
TYLER TEXAS
PAM ESTES, CLERK

Ms Estes

I am encloseing a letter I wrote to the Smith Co, District Attorney. To Michael West concerning a motion to obtain my court records on this motion it stated a Brittany Barrett was appointed my appeal attorney. I have never heard of this person. I am at a loss because I dont know the law, But I am not illiterate, wouldnt I have been notified of an attorney change. Please let me know if you can.

Respectfully
Harold Bass
#01988059
1385 FM3328
Palestine, Tx 75803

CC: Harold Bass

Nov 21, 2015

Mr West

Mr West I am writeing this letter in concern to A Motion Mr Huggler sent me which was a Motion to Obtain Record. in the Prayer for factual and Procedural Background he has stated that a Brittany Barrett was appointed my appellate Counsel, this is the first I have heard of this person con you enlighten me on what this person is and when she was appointed my lawyers, I Believe you were sent the same motion on or about November 13, 2015

Respectfully

Harold Bass
TDCJ #01988059
# 01988059
Gurney Unit
1385 FM 3328
Tennessee Colony, Tx  75803

CC: 12TH COURT OF APPEALS
   ; MICHAEL WEST
   SMITH COUNTY DISTRICT
   ATTORNEYS OFFICE
   100 N. BROADWAY 4TH Floor
   Tyler, Tx 75702